# EXHIBIT 1

GRANTED WITH MODIFICATIONS

EFiled: May 28 2026 02:32PM EDT
Transaction ID 79583776
Case No. 2025-0919-LWW

IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| FUTANG JI, YI-CHING WU, XUYIN ZHOU, AND YONG ZONG,<br><br>Plaintiffs,<br><br>v.<br><br>GRANDTAG BUSINESS CONSULTANTS, LTD. JAMESON LEUNG, AND RENE LEUNG,<br><br>Defendants. | ) | C.A No. 2025-0919-LWW |

**[PROPOSED] ORDER GRANTING DEFENDANTS GRANDTAG BUSINESS CONSULTANTS, LTD. AND JAMESON LEUNG'S <u>MOTION TO DISMISS VERIFIED COMPLAINT</u>**

WHEREAS, this Court having considered Defendants Grandtag Business Consultants, Ltd. and Jameson Leung's motion to dismiss (the "Motion") Plaintiffs Futang Ji, Yi-Ching Wu, Xuyin Zhou, and Yong Zong's ("Plaintiffs") Verified Complaint (the "Complaint"), and for good cause shown,

IT IS HEREBY ORDERED that:

1. The Motion is GRANTED.

2. All claims against Grandtag Business Consultants, Ltd. are dismissed with prejudice.

3. All claims against Jameson Leung are dismissed with prejudice.

Dated: ___________

_____________________________
Vice Chancellor Lori W. Will

This document constitutes a ruling of the court and should be treated as such.

**Court:** DE Court of Chancery Civil Action

**Judge:** Lori W. Will

**File & Serve Transaction ID:** 78091701

**Current Date:** May 28, 2026

**Case Number:** 2025-0919-LWW

**Case Name:** Futang Ji v. Grandtag Business Consultants, Ltd.

---

**Court Authorizer Comments:**

For the reasons explained in the court's May 28, 2026 bench ruling, the motion to dismiss is granted under Rule 12(b)(2) for lack of personal jurisdiction over the defendants, and the complaint is dismissed without prejudice. See transcript.

**/s/ Judge Lori W. Will**