# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

FUTANG JI; YI-CHING WU; XUYIN ZHOU, individually and as successor-in-interest to MINGDE ZHENG, deceased; and YONG ZONG,

*Plaintiff(s)*

v.

GRANDTAG BUSINESS CONSULTANTS, LTD., a Hong Kong company; JAMESON LEUNG, an individual; RENE LEUNG, an individual; GTM ABC, LLC, a Delaware limited liability company; and DOES 1 through 50, inclusive,

*Defendant(s)*

and

GRANDTAG MADISON REALTY, LLC, a Delaware limited liability company, and PUNTA GORDA SENIOR LIVING, LP, a Delaware limited partnership,

*Nominal Defendants*

Civil Action No: 2:26-cv-02232

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

GRANDTAG BUSINESS CONSULTANTS, LTD., a Hong Kong company
Guangdong Financial Building, Floors 26 and 27
88 Connaught Road West, Sheung Wan
Hong Kong SAR

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kaitlin A. Harris
LAW OFFICES OF ROBERT V. CORNISH, JR., PC
1395 Brickell Avenue, Suite 800
Miami, FL 33131
kharris@rcornishlaw.com
Tel: (305) 735-5450

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ______________________

______________________________
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

FUTANG JI; YI-CHING WU; XUYIN ZHOU, individually and as successor-in-interest to MINGDE ZHENG, deceased; and YONG ZONG,

*Plaintiff(s)*

v.

GRANDTAG BUSINESS CONSULTANTS, LTD., a Hong Kong company; JAMESON LEUNG, an individual; RENE LEUNG, an individual; GTM ABC, LLC, a Delaware limited liability company; and DOES 1 through 50, inclusive,

*Defendant(s)*

and

GRANDTAG MADISON REALTY, LLC, a Delaware limited liability company, and PUNTA GORDA SENIOR LIVING, LP, a Delaware limited partnership,

*Nominal Defendants*

Civil Action No: 2:26-cv-02232

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

JAMESON LEUNG
Guangdong Financial Building, Floors 26 and 27
88 Connaught Road West, Sheung Wan
Hong Kong SAR

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kaitlin A. Harris
LAW OFFICES OF ROBERT V. CORNISH, JR., PC
1395 Brickell Avenue, Suite 800
Miami, FL 33131
kharris@rcornishlaw.com
Tel: (305) 735-5450

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ______________________

______________________
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

FUTANG JI; YI-CHING WU; XUYIN ZHOU, individually and as successor-in-interest to MINGDE ZHENG, deceased; and YONG ZONG,

*Plaintiff(s)*

v.

GRANDTAG BUSINESS CONSULTANTS, LTD., a Hong Kong company; JAMESON LEUNG, an individual; RENE LEUNG, an individual; GTM ABC, LLC, a Delaware limited liability company; and DOES 1 through 50, inclusive,

*Defendant(s)*

and

GRANDTAG MADISON REALTY, LLC, a Delaware limited liability company, and PUNTA GORDA SENIOR LIVING, LP, a Delaware limited partnership,

*Nominal Defendants*

Civil Action No: 2:26-cv-02232

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

RENE LEUNG
840 E GREEN ST, UNIT 309
Pasadena, CA 91101

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kaitlin A. Harris
LAW OFFICES OF ROBERT V. CORNISH, JR., PC
1395 Brickell Avenue, Suite 800
Miami, FL 33131
kharris@rcornishlaw.com
Tel: (305) 735-5450

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ____________________

____________________
*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

FUTANG JI; YI-CHING WU; XUYIN ZHOU, individually and as successor-in-interest to MINGDE ZHENG, deceased; and YONG ZONG,

*Plaintiff(s)*

v.

GRANDTAG BUSINESS CONSULTANTS, LTD., a Hong Kong company; JAMESON LEUNG, an individual; RENE LEUNG, an individual; GTM ABC, LLC, a Delaware limited liability company; and DOES 1 through 50, inclusive,

*Defendant(s)*

and

GRANDTAG MADISON REALTY, LLC, a Delaware limited liability company, and PUNTA GORDA SENIOR LIVING, LP, a Delaware limited partnership,

*Nominal Defendants*

Civil Action No: 2:26-cv-02232

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

GTM ABC, LLC, a Delaware limited liability company
c/o Alfred Martin Masse
105 KREUZER LN
NAPA, CA 94559

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kaitlin A. Harris
LAW OFFICES OF ROBERT V. CORNISH, JR., PC
1395 Brickell Avenue, Suite 800
Miami, FL 33131
kharris@rcornishlaw.com
Tel: (305) 735-5450

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ________________________

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

FUTANG JI; YI-CHING WU; XUYIN ZHOU, individually and as successor-in-interest to MINGDE ZHENG, deceased; and YONG ZONG,

*Plaintiff(s)*

v.

GRANDTAG BUSINESS CONSULTANTS, LTD., a Hong Kong company; JAMESON LEUNG, an individual; RENE LEUNG, an individual; GTM ABC, LLC, a Delaware limited liability company; and DOES 1 through 50, inclusive,

*Defendant(s)*

and

GRANDTAG MADISON REALTY, LLC, a Delaware limited liability company, and PUNTA GORDA SENIOR LIVING, LP, a Delaware limited partnership,

*Nominal Defendants*

Civil Action No: 2:26-cv-02232

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

GRANDTAG MADISON REALTY, LLC, a Delaware limited liability company
680 E Colorado Blvd
Suite 180
PASADENA, CA 91101

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kaitlin A. Harris
LAW OFFICES OF ROBERT V. CORNISH, JR., PC
1395 Brickell Avenue, Suite 800
Miami, FL 33131
kharris@rcornishlaw.com
Tel: (305) 735-5450

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ______________________

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | | |
|---|---|---|
| FUTANG JI; YI-CHING WU; XUYIN ZHOU, individually and as successor-in-interest to MINGDE ZHENG, deceased; and YONG ZONG,<br>*Plaintiff(s)*<br>v.<br>GRANDTAG BUSINESS CONSULTANTS, LTD., a Hong Kong company; JAMESON LEUNG, an individual; RENE LEUNG, an individual; GTM ABC, LLC, a Delaware limited liability company; and DOES 1 through 50, inclusive,<br>*Defendant(s)*<br>and<br>GRANDTAG MADISON REALTY, LLC, a Delaware limited liability company, and PUNTA GORDA SENIOR LIVING, LP, a Delaware limited partnership,<br>*Nominal Defendants* | ) | Civil Action No: 2:26-cv-02232 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

PUNTA GORDA SENIOR LIVING, LP, a Delaware limited partnership
680 E Colorado Blvd
Suite 180
PASADENA, CA 91101

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kaitlin A. Harris
LAW OFFICES OF ROBERT V. CORNISH, JR., PC
1395 Brickell Avenue, Suite 800
Miami, FL 33131
kharris@rcornishlaw.com
Tel: (305) 735-5450

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ______________________

______________________
*Signature of Clerk or Deputy Clerk*